**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:07-CV-111-RJC-DCK**

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY** | ) | |
| **COMMISSION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **MAHA PRABHU, INC. d/b/a SUBWAY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

  **THIS MATTER IS BEFORE THE COURT** on "Plaintiff EEOC's Motion For Hearing"

(Document No. 30), filed March 11, 2008. This matter has been referred to the undersigned

Magistrate Judge pursuant to 28 U.S.C. §636(b) and immediate disposition is appropriate.

  Having carefully considered the motion, the record, and the applicable authority, the

undersigned will grant the motion. The undersigned recognizes that this order abridges Defendant's

opportunity to respond to the motion for hearing and may also limit Plaintiff's time to file a reply

regarding a pending motion. However, deadlines in this case are fast approaching and the

undersigned finds that an expeditious resolution of the pending motions is in the best interests of the

parties and the Court. Further, a Motions Hearing will be helpful to the undersigned's consideration

of the pending motions. Both parties will have ample opportunity at the hearing to supplement their

paper filings with oral argument.

  **IT IS, THEREFORE, ORDERED** that "Plaintiff EEOC's Motion For Hearing" (Document

No. 30) is **GRANTED**. Counsel for the parties shall appear before the undersigned on **March 27,**

**2008** for a Status and Motions Hearing prepared to summarize the status of this case and to argue

any motions pending at that time. The Clerk of Court will issue a separate Notice of Hearing

confirming the date, time, and location of the hearing.

**IT IS FURTHER ORDERED** that Plaintiff shall file its reply, if any, to Defendant's response to the "...Equal Employment Opportunity Commission's Motion To Quash Defendant's Subpoenas and Motion For Protective Order" on or before **March 26, 2008**.

**IT IS FURTHER ORDERED** that Plaintiff shall file a draft proposed protective order on or before **March 19, 2008** pursuant to its "... Motion For Protective Order" (Document No. 27) and the requirements of the "Pretrial Order And Case Management Plan" (Document No. 15).

**SO ORDERED**.

Signed: March 13, 2008

David C. Keesler
United States Magistrate Judge