UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:07-cv-111-C

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| MAHA PRABHU, INC. d/b/a SUBWAY, | ) ) |
| Defendant. | ) ) |

**THIS MATTER** is before the Court Plaintiff's Motion to Stay Magistrate Judge's Order of March 28, 2008. The Court, having reviewed Plaintiff's motion and memorandum in support thereof, and the applicable case law, finds that, for the reasons stated by Plaintiff, Plaintiff's motion should be granted.

It is therefore **ORDERED** that Plaintiff's Motion to Stay Magistrate Judge's Order of March 28, 2008 is **GRANTED**. The Magistrate Judge's Order granting Defendant's Motion For Independent Mental Examination (Doc. No. 33) is **STAYED** pending a ruling by this Court on Plaintiff's Objections to Magistrate Judge's Order of March 28, 2008 (Doc. No. 37).

**IT IS SO ORDERED.**

Signed: May 28, 2008

Robert J. Conrad, Jr.
Chief United States District Judge